CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 24 2019

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

United States of America
v.
Desmond Lamar HAYNES

Case No. 719mj56

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __May 24, 2019__ in the county of __Roanoke__ in the __Western__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C) | Did knowingly Distribute and possessd with intent to distribute a methamphetamine mixture, a schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C). |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

*Complainant's signature*

Ryan Sloan DEA TFO
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 05/24/2019

*Judge's signature*

City and state: Roanoke, Virginia

Robert Ballou, United States Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT

I, Ryan A. Sloan, being duly sworn, depose and state as follows:

1. I have been employed with the Roanoke Police Department since 2008 and have been a Narcotics Detective with the Roanoke Police Narcotic and Organized Crime Unit since 2013. I have been a Task Force Officer with the Drug Enforcement Administration since 2015. During this time I have participated in numerous state and federal narcotic investigations resulting in the arrest and conviction of drug distributors, and seizure of quantities of controlled substances. Many of these investigations have dealt with the distribution and use of methamphetamine, a schedule II controlled substance. I have received extensive training in drug identification, drug distribution methods, and drug enforcement techniques from both state and federal agencies. I am familiar with the use, effects, distribution techniques, appearance, and method of manufacture of controlled substances, to include methamphetamine.

2. This affidavit is submitted in support of the following:

    a. A criminal complaint and an arrest warrant charging Desmond Lamar HAYNES did knowingly distribute and possess with intent to distribute a measureable quantity of

methamphetamine mixture, a schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

3. This affidavit contains information necessary to support probable cause. The information contained in this affidavit is not intended to include each and every fact and matter observed by or known to the United States.

4. During this investigation, law enforcement officers utilized a confidential source. This confidential source (CS) has provided law enforcement with both reliable and credible information during this investigation and are supported by undercover audio and visual recording equipment that were present during all controlled purchases.

5. During May 2019, law enforcement utilized a (CS) to conduct multiple controlled purchases of methamphetamine from Desmond Lamar HAYNES. Prior to each controlled purchase the (CS) and his/her vehicle were searched for controlled substances and US Currency to insure integrity of the purchase. During each controlled purchase the (CS) was outfitted with undercover devices equipped with audio and visual recording capabilities to capture any evidence. At the conclusion of each controlled purchase the (CS) and his/her vehicle would be searched again to insure integrity of the purchase. Law enforcement field tested the purchased methamphetamine, which yielded positive results

7:19mj56

before sending to the DEA Mid Atlantic Laboratory for further testing. Furthermore, the recorded evidence positively identified Desmond Lamar HAYNES as the only distributor of the methamphetamine to the (CS) and the one taking the recorded US Currency provided to the (CS) prior to the purchase by law enforcement.

6. On May 24, 2019, law enforcement executed a federal search warrant at 202 HARRISON AVE Roanoke, Virginia, which law enforcement identified as the residence of Desmond Lamar HAYNES. Located inside the residence by law enforcement was approximately 559.8 gross grams of suspected cocaine, 197.0 gross grams of suspected methamphetamine and a Glock Model 27 .40 Cal handgun. Both substances were field tested and tested positive for cocaine and methamphetamine. All three items were located in the bedroom within close proximity to HAYNES at the time of the execution of the search warrant.

Based on the information provided in this affidavit, probable cause exists to believe that Desmond Lamar HAYNES did knowingly distribute and possess with the intent to distribute more a measureable quantity of methamphetamine mixture, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841 (a)(1) and (b)(1)(C).

7:19mj56

FURTHER YOUR AFFIANT SAITH NOT.

_____
Ryan A. Sloan Task Force Officer
DRUG ENFORCEMENT ADMINISTRATION

Sworn to before me this the 24th day of May, 2019.

_____
Honorable Robert S. Ballou
UNITED STATES MAGISTRATE JUDGE
WESTERN DISTRICT OF VIRGINIA